

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00258-CR

Aaron Dominique **TRAYLOR**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-6163
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 31, 2022.

_____
Patricia O. Alvarez, Justice